UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

FILED - GR
November 29, 2022 11:13 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: KB 11-29

1:22-cv-1125
Robert J. Jonker
U.S. District Judge

JEFFREY CHAMBERS
    Plainteff,

v.

CITY OF GRAND HAVEN,
MICHIGAN, GRAND HAVEN
POLICE DEPARTMENT,
TRI-CITY TOWING,
        Defendents.

CIVIL RIGHTS COMPLIMENT

I, JEFFREY CHAMBERS, PLAINTEFF, WAS TRAVELING IN THE CITY OF GRAND HAVEN JANUARY 15, 2021. ON OR ABOUT 10:14 AM, I NOTICED GRAND HAVEN POLICE CAR COMING TOWARDS ME FROM THE OPPOSITE DIRECTION AND MAKES A U-TURN AND PROCEEDED TO FOLLOW ME INTO THE GAS STATION. THE OFFICER ASKED FOR DRIVER'S LICENSE, WHICH I DID HAVE, ASKED ME TO EXIT MY AUTOMOBILE AND CALLED TRI-CITY TOWING AND HAD MY PROPETY TOWED. THE VIOLATIONS OF MY CONSTITUTIONAL RIGHTS ARE AS FOLLOWS:

1. POLICE HAD NO PROBABLE CAUSE FOR A TRAFFIC STOP, NO TRAFFIC VIOLATION WAS COMMITTED.

2. TERRY V. OHIO DOES NOT APPLY, PLAINTEFF WAS NOT ARMED NOR SUSPECTED OF COMMITTING A CRIME.

3. RIGHT TO TRAVEL: AN INALIENABLE RIGHT DESPITE ACTIONS OF POLICE AND LOCAL COURTS. HIGHER COURTS HAVE RULED THAT AMERICAN CITIZENS HAVE THE RIGHT TO TRAVEL WITHOUT STATE PERMITS.

4. FOURTH AMENDMENT PROTECTS FROM UNREASONABLE SEARCHES AND SEIZURES BY THE GOVERNMENT.

5. THE FIFTH AMENDMENT PROTECTS TO THE RIGHT TO PRIVATE PROPERTY IN TWO WAYS. FIRST IT STATES THAT A PERSON MAY NOT BE DEPRIVED OF PROPERTY BY THE GOVERNMENT WITHOUT DUE PROCESS OF LAW OR FAIR PROCEDURES.

THESE ARE STATEMENTS OF FACT UPON WHICH A CLAIM CAN BE GRANTED.

PLAINTEFF PRAYS THAT THIS HONORABLE COURT GRANT PLAINTIFF, COMPENSATORY

DAMAGES IN THE AMOUNT OF FIVE HUN-
DRED THOUSAND DOLLARS AND PUNITIVE
DAMAGES IN THE AMOUNT OF FIVE HUN-
DRED THOUSAND DOLLARS.

RESPECTFULLY SUBMITTED,

*Jeffrey Chambers*

JEFFREY CHAMBERS
431 DIEKEMA AVE.
APT. #137
HOLLAND, MI 49423

~~OFFICE OF THE CLERK~~
~~UNITED STATES DISTRICT COURT~~
~~399 FEDERAL BUILDING~~
~~110 MICHIGAN N.W.~~
~~GRAND RAPIDS, MICHIGAN 49503-2363~~

OFFICIAL BUSINESS

JEFFREY CHAMBERS
431 DIEKEMA AVE.
HOLLAND, MI 49423

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
399 FEDERAL BLDG.
110 MICHIGAN N.W.
GRAND RAPIDS, MICHIGAN
49503